JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DERON WILLIAMS.** )<br>                    Petitioner, )<br>        v.                        )<br> CYNTHIA ENTZEL (Warden),  )<br>                    Respondent. ) | **No. ED CV 17-00829-VBF**<br><br>**FINAL JUDGMENT** |

Pursuant to this Court's February 20, 2018 Order Denying the 28 U.S.C. Section 2241 Petition for a Writ of Habeas Corpus and Dismissing the Action <u>With</u> Prejudice, **final judgment is hereby entered in favor of the respondent and against petitioner Deron Williams.**

Dated:  Wednesday, February 21, 2018

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge